1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  GEORGE LYLES,                                    Case No. ED CV 15-01208 AFM

12              Plaintiff,                           **JUDGMENT**

13       v.

14
    CAROLYN W. COLVIN, Acting
15  Commissioner of Social Security,

16              Defendant.

17

18

19       In accordance with the Order Affirming Decision of Commissioner filed

20  concurrently herewith,

21       IT IS ORDERED AND ADJUDGED that the Commissioner's decision is

22  AFFIRMED.

23

24  DATED:  January 8, 2016

25

26  _____

27              ALEXANDER F. MacKINNON
             UNITED STATES MAGISTRATE JUDGE

28